In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00004 -CV
_____


IN RE ADAM ROBERT MULHALL

_____

Original Proceeding
317th District Court of Jefferson County, Texas
Trial Cause No. C-197,668

_____

## MEMORANDUM OPINION

Relator Adam Robert Mulhall petitioned for mandamus and habeas relief regarding his right to receive credit for time served on a sentence for contempt. On February 21, 2018, we ordered the trial court to hold a hearing to determine the true facts regarding Mulhall's allegations. After conducting the hearing, the trial court signed an order that Mulhall is entitled to credit for time served. On March 26, 2018, Mulhall filed a motion to dismiss in which he states that wishes to no longer pursue the writs. Accordingly, we dismiss the petition, as amended, without reference to the merits.

1

PETITION DISMISSED.

PER CURIAM

Submitted on January 30, 2018
Opinion Delivered April 5, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.